**Order entered December 11, 2017**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-00749-CV

### FRANK D. MAY, Appellant

### V.

### MARVIN MILLER, Appellee

**On Appeal from the County Court at Law No. 1
Dallas County, Texas
Trial Court Cause No. CC-17-02599-A**

## ORDER

Before the Court is appellee's motion to issue mandate. Although given an opportunity to respond, appellant has not filed any response. We **GRANT** the motion and **DIRECT** the Clerk of the Court to issue the mandate instanter.

/s/    MOLLY FRANCIS
       JUSTICE